UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | |
|---|---|
| In Re:<br>WATERWORKS, INC.<br><br><br>Debtor(s) | BK No.:  13-82498<br><br>Chapter: 11<br>Honorable Thomas M. Lynch |

### ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL OF ILLINOIS STATE BANK AND GRANTING ADEQUATE PROTECTION

This core proceeding coming before the Court on the Debtor's Motion pursuant to 11 U.S.C. §§361, 362, and 363 and Federal Rule of Bankruptcy Procedure 4001 for a Final Order Authorizing the Use of Cash Collateral of Illinois State Bank and Granting Adequate Protection, that the Parties have stipulated to the Court that the Motion, to the extent granted herein, is otherwise in the best interests of the Debtor, and that Illinois State Bank, being the only entity known by the Debtor to assert an interest in the Debtor's cash collateral, has consented to the relief for the limited time and on the conditions as set forth herein; and the Parties stipulating to the Court that a genuine emergency would arise if consideration of the relief granted herein were delayed; that the parties stipulated to the Court that notice of the Motion was proper under the circumstances;

IT IS HEREBY ORDERED THAT:

1. The final relief requested in the Motion is granted as and to the extent set forth herein.

2. All objections to the entry of this Final Cash Collateral Order, if any, are overruled. This Order is effective as of November 2, 2015.

3. The Debtor is authorized to use the Cash Collateral of Illinois State Bank for only those categories of expenses in the amounts listed in the Budget attached to this Order on a weekly basis through December 16, 2015, subject to the terms of the Compromise Agreement with Regard to the United States Trustee's Motion to Dismiss or, in the Alternative, to Convert to Chapter 7 Filed in the Waterworks, Inc. Chapter 11 Bankruptcy Proceeding on October 14, 2014 dated December 4, 2014 between Waterworks, Inc. Illinois State Bank, and the Office of the United States Trustee. Notwithstanding the foregoing, Waterworks, Inc. is authorized to pay any and all United States Trustee fees due and owing for calendar year 2015.

4. Illinois State Bank has a valid, perfected lien on all the Debtor's past and future cash, accounts receivable, contracts and income. To the extent that the Debtor obtains any cash, property or other thing of value not otherwise subject to an existing lien in favor of Illinois State Bank, then the Debtor shall grant to Illinois State Bank replacement liens with the same validity and priority on all accounts receivables and contracts of the same kind and nature on which Illinois State Bank has an existing duly perfected and valid lien and security interest, with any such liens and security interests to be automatically perfected without further action by the Debtor or Illinois State Bank. The Debtor further agrees to cooperate with Illinois State Bank to perfect Illinois State Bank's security interest in any equipment, vehicles, or other capital purchase items acquired by the Debtor after the Petition Date.

5. Pursuant to the adequate protection payment described below, Illinois State Bank is deemed adequately protected during the Final Cash Collateral Period, solely as to those expenses authorized in the Budget attached hereto.

6. The Debtor's use of the Cash Collateral as set forth above is authorized from November 2, 2015 through December 16, 2015 (the Final Cash Collateral Order Expiration Date). Unless otherwise specifically ordered or agreed, the Debtor's use of cash collateral from November 2, 2015 through December 16, 2015 for each expense category is limited to the budgeted amount as set forth in the budget attached hereto as Exhibit "A". The Debtor shall cease using the Cash Collateral after the Final Cash Collateral Expiration Date unless expressly authorized by this Court through a future Order.

7. The Debtor and its agents are authorized to take or refrain from taking such acts as are necessary and appropriate to implement and effectuate the relief granted herein.

8. ~~The continued Hearing on the Debtor's Motion is set for December 16, 2015 at 10:30 a.m. Such~~ date may be adjourned or continued by the Court without further notice ~~other than that~~ given in open ~~court~~.

9. Within three business days following the entry of this Final Cash Collateral Order, the Debtor shall serve a copy of this Final Cash Collateral Order ~~and Notice of the date and time for the Final Hearing~~ by first-class mail upon: (a) Counsel for Illinois State Bank and any other parties known to have an interest in the Cash Collateral; (b) The Debtor's twenty (20) largest unsecured creditors; (c) the Office of the United States Trustee for the Northern District of Illinois; (d) any party that has appeared and requested notice in this Case; and (e) any other party as directed by the Court.

10. The Debtor is ordered to pay Illinois State Bank the sum of Nine Thousand Dollars ($9,000.00) to be applied to the reduction of Debtor's indebtedness to Illinois State Bank in consideration for the Debtor's use of cash collateral from November 2, 2015 to December 16, 2015 as follows: $6,000.00 payment due on or before November 28, 2015, and an additional $3,000.00 payable on or before December 15, 2015. The $3,000.00 payment payable by the Debtor to Illinois State Bank on or before December 15, 2015 shall be credited against the lump-sum payment in the sum of $200,000.00 payable by the Debtor to Illinois State Bank on or before December 30, 2015 as set forth in the Settlement Agreement and related documents to be executed between Illinois State Bank, the Debtor, Roger Garbacz and Karen Garbacz, so that the lump-sum payment shall be reduced to the sum of $197,000.00 assuming that the aforementioned $3,000.00 adequate protection payment is received by Illinois State Bank on or before December 15, 2015.

In addition, as further adequate protection and consistent with the Settlement Agreement to be executed between the parties, the Debtor agrees to pay Illinois State Bank a sum equal to twenty-five percent (25%) of all accounts receivable payments received from Meijer, Inc. or in conjunction with recoveries in the pending McHenry County litigation against Snow & Ice Management Services, Inc. An accounts receivable summary and related payment must be provided to Illinois State Bank on or before December 16, 2015.

11. Illinois State Bank reserves the right to bring objections to cash collateral use as set forth in this Final Cash Collateral Order following receipt and review of the September 2015, October 2015 and November 2015 Operating Reports, in connection with the Debtor's Plan and Disclosure Statement, or as Illinois State Bank otherwise may deem necessary in its discretion.

Case 13-82498    Doc 465    Filed 11/03/15    Entered 11/03/15 15:33:30    Desc Main
              Document      Page 3 of 4

Enter:

*[signature]*

Dated:    **NOV - 3 2015**

United States Bankruptcy Judge

**Prepared by:**
JASON H. ROCK #6225946
BARRICK, SWITZER, LONG,
    BALSLEY & VAN EVERA
6833 STALTER DRIVE
ROCKFORD, IL 61108
(815) 962-6611

Rev: 20130104_bko

Waterworks, Inc
Nov Dec 2015 Budget
Exhibit "A"

| Week ending | 11/5/2015 | 11/12/2015 | 11/19/2015 | 11/26/2015 | 12/3/2015 | 12/10/2015 | 12/17/2015 | Total |
|---|---|---|---|---|---|---|---|---|
| Number of | | | | | | | | |
| Sprinkler System Installation | 3 | 3 | 1 | 1 | 0 | 0 | 0 | 8 |
| Average Sales Price | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | $ 3,500 | |
| Maintenance Agreements | 40 | 40 | 40 | 35 | 30 | 50 | 50 | 285 |
| Average Sales Price | $ 325.00 | $ 325.00 | $ 325.00 | $ 325.00 | $ 325.00 | $ 325.00 | $ 325.00 | |
| Cash Receipts | | | | | | | | |
| Sprinkler System Installation | 10,500 | 10,500 | 3,500 | 3,500 | - | - | - | 28,000 |
| Maintenance & Service Agreements | 13,000 | 13,000 | 13,000 | 11,375 | 9,750 | 16,250 | 16,250 | 92,625 |
| Collection of Existing AR | 9,000 | 9,000 | 9,000 | 9,000 | - | 10,000 | 10,000 | 56,000 |
| Collection of Industrial AR - ICG | - | - | - | - | - | - | - | - |
| Heidner Settlement | - | - | - | - | - | - | - | - |
| Total Receipts | 32,500 | 32,500 | 25,500 | 23,875 | 9,750 | 26,250 | 26,250 | 176,625 |
| Cost of Goods Sold | | | | | | | | |
| Direct Labor | 10,000 | 8,000 | 8,000 | 8,000 | 8,000 | 10,000 | 10,000 | 62,000 |
| Materials & Supplies - Sprinkler | 3,150 | 3,150 | 1,050 | 1,050 | - | - | - | 8,400 |
| Salt Purchases | - | - | - | - | - | - | - | - |
| Subcontractor | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 3,500 | 3,500 | 29,500 |
| Total COGS | 17,650 | 15,650 | 13,550 | 13,550 | 12,500 | 13,500 | 13,500 | 99,900 |
| Gross Margin | 14,850 | 16,850 | 11,950 | 10,325 | (2,750) | 12,750 | 12,750 | 76,725 |
| Expense | | | | | | | | |
| Truck Expenses | | | | | | | | |
| Fuel | 1,250 | 1,250 | 1,250 | 1,000 | 1,000 | 1,500 | 1,500 | 8,750 |
| Auto & Truck Expense | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 1,300 | 9,100 |
| Auto & Truck Lease Payments | 950 | 950 | 950 | 950 | 950 | 950 | 950 | 6,647 |
| Overhead | | | | | | | | - |
| Rent - Building | 3,400 | - | - | - | 3,400 | - | - | 6,800 |
| Insurance | 4,400 | 2,000 | - | - | 4,400 | 2,000 | 2,000 | 14,800 |
| Officers Salaries | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 10,500 |
| Taxes - Payroll | 1,150 | 950 | 950 | 950 | 950 | 1,150 | 1,150 | 7,250 |
| Licenses and Permits | 100 | 100 | 100 | 100 | 100 | 500 | 500 | 1,500 |
| Bank & Charge Card Fees | 400 | 400 | 400 | 400 | 400 | 500 | 500 | 3,000 |
| Office Expense | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 2,625 |
| Advertising | 500 | 500 | 500 | - | - | 500 | 500 | 2,500 |
| Shop supplies | 750 | 750 | 750 | 750 | 750 | 750 | 750 | 5,250 |
| Telephone | - | 1,300 | - | 1,300 | - | - | 1,300 | 3,900 |
| Repairs & Maintenance & Cleaning | 550 | 550 | 550 | 550 | 550 | 550 | 550 | 3,850 |
| Utilities | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 3,500 |
| Legal & Professional | - | - | - | - | - | - | - | - |
| Meals & Entertainment | - | - | - | - | - | - | - | - |
| US Trustee Fees | - | - | - | 750 | - | - | - | 750 |
| Adequate Protection Payment | - | - | 5,000 | - | - | - | - | 5,000 |
| Total Disbursements | 17,125 | 12,425 | 14,125 | 10,425 | 16,175 | 12,075 | 13,375 | 89,972 |
| Net Cash Receipts | (2,275) | 4,426 | (2,175) | (100) | (18,925) | 676 | (625) | (13,247) |